**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KELLIE PICOU** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-3700** |
| **TERMINIX PEST CONTROL, INC.** | **SECTION "H"** |

**ORDER**

Before the Court is Defendant Terminix Pest Control, Inc.'s Motion for Attorney's Fees (Doc. 45).[1] On March 26, 2026, Defendant notified the Court that the parties have reached an agreement regarding attorney's fees and that its Motion is no longer necessary.

Accordingly;

**IT IS ORDERED** that Defendant's Motion for Attorney's Fees (Doc. 45) is **MOOT**.

New Orleans, Louisiana this 1st day of April, 2026.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

[1] On October 21, 2025, the United States Court of Appeals for the Fifth Circuit issued its Judgment as mandate, affirming this Court's award of attorney's fees to Defendant, awarding Defendant attorney's fees for the appeal, and remanding the matter to this Court for a determination of the amount of attorney's fees awarded to Defendant for Plaintiff's appeal. Doc. 42. The Court referred the issue to the Magistrate Judge for hearing and submission of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Doc. 43.